IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br> Plaintiffs, <br><br> v. <br><br> PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 11-733 (LPS)(MPT) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff SCR Pharmatop's Responses and Objections to Defendants' Rule 30(b)(6) Deposition Notice* were caused to be served on October 3, 2012, upon the following in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801
  *Attorneys for Paddock Laboratories, Inc., Paddock Laboratories, LLC and Perrigo Company*

**BY E-MAIL**

Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
  *Attorneys for Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*

| **BY EMAIL** | **BY E-MAIL** |
|---|---|
| Jeffrey S. Ward | Anthony H. Son |
| Wendy M. Ward | Matthew J. Dowd |
| Joel F. Graham | WILEY REIN LLP |
| Edward J. Pardon | 1776 K Street, NW |
| MERCHANT & GOULD P.C. | Washington, DC  20006 |
| 10 East Doty Street, Suite 600 | *Attorneys for Exela Pharma Sciences,* |
| Madison, WI  53703 | *LLC, Exela PharmSci, Inc. and Exela* |
|   *Attorneys for Paddock Laboratories,* | *Holdings, Inc.* |
|   *Inc., Paddock Laboratories, LLC* | |
|   *and Perrigo Company* | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

OF COUNSEL:

Stephen P. Swinton
Darryl H. Steensma
LATHAM & WATKINS LLP
12636 High Bluff Drive
Suite 400
San Diego, CA  92130
(858) 523-5400

Kenneth G. Schuler
Marc N. Zubick
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL  60606
(312) 876-7700

Melissa A. Kopacz
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

*Attorneys for Plaintiff Cadence Pharmaceuticals, Inc.*

Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com
jtigan@mnat.com
   *Attorneys for Plaintiffs*

- 3 -

Charles A. Weiss
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
(212) 513-3200

*Attorneys for Plaintiff*
*SCR Pharmatop*

October 3, 2012