IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br> Plaintiffs, <br><br> v. <br><br> PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 11-733 (LPS)(MPT) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Plaintiffs' Fifth Set of Interrogatories to Defendants Paddock Laboratories, Inc., Perrigo Company, and Paddock Laboratories, LLC (Nos. 14-25);* and (2) *Plaintiffs' First Set of Requests for Admission to Defendants Paddock Laboratories, Inc., Perrigo Company, and Paddock Laboratories, LLC (Nos. 1-17)* were caused to be served on October 3, 2012 upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE  19801

Courtesy copies were also provided to the following counsel in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE  19801
  *Attorneys for Paddock Laboratories, Inc.,*
  *Paddock Laboratories, LLC and Perrigo*
  *Company*

Jeffrey S. Ward
Wendy M. Ward
Joel F. Graham
Edward J. Pardon
MERCHANT & GOULD P.C.
10 East Doty Street, Suite 600
Madison, WI  53703
  *Attorneys for Paddock Laboratories, Inc.,*
  *Paddock Laboratories, LLC and Perrigo*
  *Company*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Thomas C. Grimm* |
|  | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Thomas C. Grimm (#1098) |
| Stephen P. Swinton | Jeremy A. Tigan (#5239) |
| Darryl H. Steensma | 1201 N. Market Street |
| LATHAM & WATKINS LLP | P.O. Box 1347 |
| 12636 High Bluff Drive, Suite 400 | Wilmington, DE  19899-1347 |
| San Diego, CA  92130 | (302) 658-9200 |
| (858) 523-5400 | jblumenfeld@mnat.com |
|  | tgrimm@mnat.com |
| Kenneth G. Schuler | jtigan@mnat.com |
| Marc N. Zubick |   *Attorneys for Plaintiffs* |
| LATHAM & WATKINS LLP |  |
| 23 South Wacker Drive, Suite 5800 |  |
| Chicago, IL  60606 |  |
| (312) 876-7700 |  |

Melissa A. Kopacz
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

*Attorneys for Plaintiff Cadence Pharmaceuticals, Inc.*

Charles A. Weiss
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
(212) 513-3200

*Attorneys for Plaintiff SCR Pharmatop*

October 4, 2012
6009560