IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP,<br><br>            Plaintiffs,<br>  v.<br><br>PADDOCK LABORATORIES, INC.;<br>PERRIGO COMPANY; PADDOCK<br>LABORATORIES, LLC; EXELA PHARMA<br>SCIENCES, LLC; EXELA PHARMSCI, INC.;<br>and EXELA HOLDINGS, INC.;<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 11-733 (LPS)(MPT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Plaintiffs' Fifth Set of Interrogatories to Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc. (Nos. 14-25);* and (2) *Plaintiffs' First Set of Requests for Admission to Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc. (Nos. 1-16)* were caused to be served on October 3, 2012 upon the following in the manner indicated:

**BY HAND**

Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

Courtesy copies were also provided to the following counsel in the manner indicated:

**BY E-MAIL**

Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

Anthony H. Son
Matthew J. Dowd
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Thomas C. Grimm*
                      _____
                      Jack B. Blumenfeld (#1014)
                      Thomas C. Grimm (#1098)
                      Jeremy A. Tigan (#5239)
                      1201 N. Market Street
                      P.O. Box 1347

OF COUNSEL:             Wilmington, DE  19899-1347
                      (302) 658-9200
Stephen P. Swinton         jblumenfeld@mnat.com
Darryl H. Steensma         tgrimm@mnat.com
LATHAM & WATKINS LLP  jtigan@mnat.com
12636 High Bluff Drive, Suite 400    *Attorneys for Plaintiffs*
San Diego, CA  92130
(858) 523-5400

Kenneth G. Schuler
Marc N. Zubick
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL  60606
(312) 876-7700

Melissa A. Kopacz
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

*Attorneys for Plaintiff Cadence
Pharmaceuticals, Inc.*

Charles A. Weiss
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
(212) 513-3200

*Attorneys for Plaintiff
SCR Pharmatop*

October 4, 2012
6009481