# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br> Plaintiffs, <br><br> v. <br><br> PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC., and EXELA HOLDINGS, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 11-733-LPS ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on October 4, 2012, upon the following attorneys of record as indicated below:

DEFENDANTS PADDOCK LABORATORIES, INC., PERRIGO COMPANY, AND PADDOCK LABORATORIES, LLC'S ANSWERS TO PLAINTIFFS' FOURTH SET OF INTERROGATORIES (NOS. 12-13)

DEFENDANTS PADDOCK LABORATORIES, INC., PERRIGO COMPANY, AND PADDOCK LABORATORIES, LLC'S OCTOBER 4, 2012 SUPPLEMENTAL RESPONSES TO PLAINTIFFS' INTERROGATORY NO. 1

## VIA ELECTRONIC MAIL

| | |
|---|---|
| Jack B. Blumenfeld <br> Thomas C. Grimm <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> Cadence_Paddock@MNAT.com <br> *Attorneys for Plaintiffs* | Stephen P. Swinton <br> Darryl H. Steensma <br> Latham & Watkins LLP <br> 12636 High Bluff Drive, Suite 400 <br> San Diego, CA 92130 <br> cadencepatentlit@lw.com <br> *Attorneys for Plaintiffs* |

| | |
|---|---|
| Kenneth G. Schuler<br>Marc N. Zubick<br>Latham & Watkins LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL  60606<br>cadencepatentlit@lw.com<br>*Attorneys for Plaintiffs* | Melissa A. Kopacz<br>Latham &Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA  94025<br>cadencepatentlit@lw.com<br>*Attorneys for Plaintiffs*<br><br>Charles A. Weiss<br>Holland & Knight LLP<br>31 West 52nd Street<br>New York, NY  10019<br>(212) 513-3551<br>charles.weiss@hklaw.com<br>*Attorneys for Plaintiffs* |
| OF COUNSEL:<br><br>Jeffrey S. Ward<br>Wendy M. Ward<br>Edward J. Pardon<br>Joel F. Graham<br>MERCHANT & GOULD P.C.<br>10 East Doty Street, Suite 600<br>Madison, WI 53703<br>Tel: (608) 280-6750<br><br>Dated:  October 5, 2012<br>1078005 / 37238 | POTTER ANDERSON & CORROON LLP<br><br>By:   /s/ David E. Moore<br>　　　　Richard L. Horwitz (#2246)<br>　　　　David E. Moore (#3983)<br>　　　　Hercules Plaza, 6th Floor<br>　　　　1313 N. Market Street<br>　　　　Wilmington, DE  19801<br>　　　　Tel:  (302) 984-6000<br>　　　　rhorwitz@potteranderson.com<br>　　　　dmoore@potteranderson.com<br><br>*Attorneys for Defendants Paddock Laboratories, Inc., Paddock Laboratories, LLC, and Perrigo Company* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 5, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 5, 2012, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
Cadence_Paddock@MNAT.com
*Attorneys for Plaintiffs*

Stephen P. Swinton
Darryl H. Steensma
Latham & Watkins LLP
12636 High Bluff Drive, Suite 400
San Diego, CA  92130
cadencepatentlit@lw.com
*Attorneys for Plaintiffs*

Kenneth G. Schuler
Marc N. Zubick
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL  60606
cadencepatentlit@lw.com
*Attorneys for Plaintiffs*

Melissa A. Kopacz
Latham &Watkins LLP
140 Scott Drive
Menlo Park, CA  94025
cadencepatentlit@lw.com
*Attorneys for Plaintiffs*

Adam W. Poff
Pilar G. Kraman
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
exela@ycst.com
*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*

Michael Houston
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313
wash-foley-exela@foley.com
*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*

Allen A. Arntsen
Foley & Lardner LLP
150 East Gilman Street
Madison, WI  53703
wash-foley-exela@foley.com
*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*

Liane M. Peterson
Foley & Lardner LLP
3000 K St., NW, Suite 6000
Washington, DC  20007
wash-foley-exela@foley.com
*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*

Clarence Edward Polk, Jr.
1325 William White Place, NE
Lenoir, NC  28645
wash-foley-exela@foley.com
*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*

Satish Chintapalli
Exela Pharma Sciences, LLC
P.O. Box 818
1325 William White Place, NE
Lenoir, NC  28645
wash-foley-exela@foley.com
*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*

By:   */s/ David E. Moore*
        Richard L. Horwitz
        David E. Moore
        POTTER ANDERSON & CORROON LLP
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

1028874 / 37238

2