# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br> Plaintiffs, <br><br> v. <br><br> PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC., and EXELA HOLDINGS, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 11-733-LPS ) ) ) ) ) ) ) ) ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Shane A. Brunner of MERCHANT & GOULD P.C., 10 East Doty Street, Suite 600, Madison, WI 53703 to represent Defendants Paddock Laboratories, Inc., Paddock Laboratories, LLC, and Perrigo Company in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: October 5, 2012
1078119 / 37238

*Attorneys for Defendants Paddock Laboratories, Inc., Paddock Laboratories, LLC, and Perrigo Company*

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 5, 2012            Signed: */s/ Shane A. Brunner*
                                 Shane A. Brunner
                                 MERCHANT & GOULD P.C.
                                 10 East Doty Street
                                 Suite 600
                                 Madison, WI 53703
                                 Tel: (608) 280-6750
                                 SBrunner@merchantgould.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 5, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 5, 2012, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Cadence_Paddock@MNAT.com
*Attorneys for Plaintiff*
*Cadence Pharmaceuticals, Inc.*

Stephen P. Swinton
Darryl H. Steensma
Latham & Watkins LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
cadencepatentlit@lw.com
*Attorneys for Plaintiff*
*Cadence Pharmaceuticals, Inc.*

Kenneth G. Schuler
Marc N. Zubick
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
cadencepatentlit@lw.com
*Attorneys for Plaintiff*
*Cadence Pharmaceuticals, Inc.*

Melissa A. Kopacz
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
cadencepatentlit@lw.com
*Attorneys for Plaintiff*
*Cadence Pharmaceuticals, Inc.*

Charles A. Weiss
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
charles.weiss@hklaw.com
*Attorneys for Plaintiff SCR Pharmatop*

Anthony H. Son
Matthew J. Dowd
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
ason@wileyrein.com
mdowd@wileyrein.com
*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*

Satish Chintapalli
Exela Pharma Sciences, LLC
P.O. Box 818
1325 William White Place, NE
Lenoir, NC 28645
satish@exela.us
*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*

Adam W. Poff
Pilar G. Kraman
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
exela@ycst.com
*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*

Clarence Edward Polk, Jr.
1325 William White Place, NE
Lenoir, NC 28645
epolk@exela.us
*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel: (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

1028874 / 37238