IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-733-LPS |
| PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC. and EXELA HOLDINGS, INC. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 9, 2012, copies of *Response of Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc. and Exela Holdings, Inc.'s to Plaintiffs' Fourth Set of Interrogatories (Nos. 12-13)* were caused to be served upon the following counsel of record as indicated below:

### BY E-MAIL

Jack B. Blumenfeld, Esquire
Thomas C. Grimm, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Cadence_Paddock@mnat.com*

01: 11764201.1

        Stephen P. Swinton, Esquire
        Darryl H. Steensma, Esquire
        LATHAM & WATKINS LLP
        12636 High Bluff Drive, Suite 400
        San Diego, CA 92130

        Kenneth G. Schuler, Esquire
        LATHAM & WATKINS LLP
        233 South Wacker Drive, Suite 58000
        Chicago, IL 60606

        Melissa A. Kopacz, Esquire
        Latham& Watkins LLP
        140 Scott Drive
        Menlo Park, CA 64025

        *cadencepatentlit@lw.com*

        *Attorneys for Plaintiffs*

        Charles A. Weiss, Esquire
        Holland & Knight LLP
        31 West 52nd Street
        New York, NY 10019
        *charles.weiss@hklaw.com*

        *Attorney for Plaintiff SCR Pharmatop*

     PLEASE TAKE FURTHER NOTICE that on October 9, 2012, a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF and served by e-mail on the above-listed counsel and on the following:

        Richard L. Horwitz, Esquire
        David E. Moore, Esquire
        POTTER ANDERSON & CORROON, LLP
        1313 North Market Street
        P.O. Box 951
        Wilmington, DE 19899-0951
        *paddockservice733@potteranderson.com*

Jeffrey S. Ward, Esquire
Wendy M. Ward, Esquire
Joel F. Graham, Esquire
Edward J. Pardon, Esquire
MERCHANT & GOULD P.C.
10 East Doty Street
Suite 600
Madison, WI  53703
*apapteam@merchantgould.com*

*Attorneys for Defendants Paddock Laboratories, Inc., Paddock Laboratories, LLC and Perrigo Company*

Dated:  October 9, 2012  YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Pilar G. Kraman*
_____
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com

*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*