IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CADENCE PHARMACEUTICALS, INC., ET AL., :

          Plaintiffs, :

v. : Civil Action No. 11-733-LPS

PADDOCK LABORATORIES, INC., ET AL., :

          Defendants. :

## ORDER

And now this 10th day of **October, 2012**, after having been advised by Plaintiffs and Defendants of their inability to resolve a discovery matter,

**IT IS HEREBY ORDERED** that a teleconference is scheduled for **November 9, 2012 at 1:45 p.m.** Counsel for the party seeking relief shall initiate the teleconference call to 302-573-4571.

**IT IS FURTHER ORDERED** that not later than **November 5, 2012 at 3:00 p.m.**, any party seeking relief shall file with the Court a letter, not to exceed three (3) pages, outlining the issues in dispute and its position on those issues. Not later than **November 6, 2012** at **3:00 p.m.**, any party opposing the application for relief may file a letter, not to exceed three (3) pages, outlining that party's reasons for its opposition. Should any document(s) be filed under seal, a courtesy copy of the sealed document(s) must be provided to the Court within one (1) hour of e-filing the document(s).

Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it. Alternatively, the Court may choose to resolve the dispute

prior to the telephone conference and will, in that event, cancel the conference.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES DISTRICT JUDGE