IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.;<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 11-733 (LPS)(MPT) |

**STIPULATION AND ORDER TO EXTEND TIME**

　　　　　IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that the date for filing any brief in opposition to Defendants' Motion to Dismiss for Lack of Standing or Alternatively, to Order Joinder of Bristol-Meyers Squibb Under Rule 19 (D.I. 211) is extended from October 15, 2012 to October 17, 2012.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Thomas C. Grimm* | */s/ Richard L. Horwitz* |
| Jack B. Blumenfeld (#1014)<br>Thomas C. Grimm (#1098)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>tgrimm@mnat.com<br>jtigan@mnat.com<br>*Attorneys for Plaintiffs* | Richard L. Horwitz (#2246)<br>David E. Moore (#3093)<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>*Attorneys for Defendants Paddock Laboratories Inc., Paddock Laboratories, LLC, and Perrigo Company* |

YOUNG, CONAWAY, STARGATT
  & TAYLOR LLP

*/s/ Adam W. Poff*
_____
Adam W. Poff (#3990)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com
*Attorneys for Defendants Exela Pharma*
*Sciences LLC, Exela PharmSci Inc.,*
*and Exela Holdings, Inc.*

October 12, 2012

                SO ORDERED this _____ day of October, 2012.

                                                _____
                                                U.S.D.J.

6532497