IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 11-733 (LPS)(MPT)<br>) |
| PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED by and between counsel for the parties, subject to the approval of the Court, the deadlines for discovery set forth in the January 3, 2012 Scheduling Order (D.I. 43) and previously amended by stipulation (D.I. 118, 175) shall be further amended as follows:

| Event | Former Date | New Date |
|---|---|---|
| Fact discovery cutoff (¶ 3.a) | November 2, 2012 | December 20, 2012 |
| Initial expert reports (¶ 3.f.i) | September 14, 2012 | January 11, 2013 |
| Supplemental or rebuttal expert reports (¶ 3.f.i) | October 12, 2012 | February 15, 2013 |
| Reply expert reports (¶ 3.f.i) | November 2, 2012 | March 8, 2013 |
| Completion of expert discovery (¶ 3.f.i) | December 7, 2012 | April 5, 2013 |

All other dates in the January 3, 2012 Scheduling Order (D.I. 43) remain unchanged. The parties agree that this amendment is needed to allow for adequate discovery, and that this

stipulation by itself should not affect the parties' ability to prepare for and participate in the trial scheduled to begin May 20, 2013.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Thomas C. Grimm* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Thomas C. Grimm (#1098)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>tgrimm@mnat.com<br>jtigan@mnat.com<br>*Attorneys for Plaintiffs* | Richard L. Horwitz (#2246)<br>David E. Moore (#3093)<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>*Attorneys for Defendants Paddock Laboratories Inc., Paddock Laboratories, LLC, and Perrigo Company* |

YOUNG, CONAWAY, STARGATT
 & TAYLOR LLP

*/s/ Adam W. Poff*
_____
Adam W. Poff (#3990)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com
*Attorneys for Defendants Exela Pharma Sciences LLC, Exela PharmSci Inc., and Exela Holdings, Inc.*

Dated: October 17, 2012

    IT IS SO ORDERED this _____ day of _____, 2012.

    _____
    United States District Judge

6555819