IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP,<br><br>Plaintiffs,<br><br>v.<br><br>PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC., and EXELA HOLDINGS, INC.,<br><br>Defendants. | C.A. No. 11-733-LPS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brian E. Farnan enters his appearance on behalf of Interested Party Bristol-Myers Squibb Co.

                                                                             Respectfully submitted,

                                                                             FARNAN LLP

                                                                             /s/ Brian E. Farnan
                                                                             Brian E. Farnan (Bar No. 4089)
                                                                             919 North Market St, 12th Floor
                                                                             Wilmington, Delaware 19801
                                                                             (302) 777-0300
                                                                             bfarnan@farnanlaw.com

Date: October 19, 2012                                                     *Attorney for Bristol-Myers Squibb Co.*