## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 11-733-LPS |
| v. | ) | |
| | ) | |
| PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC., and EXELA HOLDINGS, INC., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR EXTENSION OF TIME AND PAGE LIMIT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs

Cadence Pharmaceuticals, Inc. and SCR Pharmatop, and Defendants Paddock Laboratories, Inc.,

Paddock Laboratories, LLC, Perrigo Company, Exela Pharma Sciences, LLC, Exela Pharmsci,

Inc., and Exela Holdings, Inc. (collectively "Defendants"), subject to the approval of the Court,

that Defendants' time to file their Reply Brief in Support of Defendants' Motion to Dismiss for

Lack of Standing or Alternatively, to Order Joinder of Bristol-Meyers Squibb Under Rule 19

(D.I. 211) shall be extended from October 29, 2012 to October 31, 2012.

IT IS FURTHER STIPULATED AND AGREED that the page limit for Defendants'

Reply Brief in Support of Defendants' Motion to Dismiss for Lack of Standing or Alternatively,

to Order Joinder of Bristol-Meyers Squibb Under Rule 19 (D.I. 211) shall be enlarged from ten

(10) to fifteen (15) pages.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP      POTTER ANDERSON & CORROON LLP

By:   /s/ Thomas C. Grimm                       By:   /s/ David E. Moore
    Jack B. Blumenfeld (#1014)                    Richard L. Horwitz (#2246)
    Thomas C. Grimm (#1098)                       David E. Moore (#3983)
    1201 North Market Street                      Bindu A. Palapura (#5370)
    P.O. Box 1347                                 Hercules Plaza, 6th Floor
    Wilmington, DE  19899                         1313 N. Market Street
    Tel:  (302) 658-9200                          Wilmington, DE  19801
    jblumenfeld@mnat.com                          Tel:  (302) 984-6000
    tgrimm@mnat.com                               rhorwitz@potteranderson.com
                                         dmoore@potteranderson.com
*Attorneys for Plaintiffs Cadence Pharmaceuticals,*   bpalapura@potteranderson.com
*Inc. and SCR Pharmatop*

                                           *Attorneys for Defendants Paddock*
                                         *Laboratories, Inc., Paddock Laboratories,*
                                         *LLC, and Perrigo Company*

                                         YOUNG CONAWAY STARGATT &
                                         TAYLOR, LLP

                                         By:   /s/ Adam W. Poff
                                              Adam W. Poff (#3990)
                                                Pilar G. Kraman (#5199)
                                                  Rodney Square
                                                1000 North King Street
                                                  Wilmington, DE  19801
                                                Tel:  (302) 571-6600
                                                apoff@ycst.com
                                                pkraman@ycst.com

                                       *Attorneys for Defendants Exela Pharma*
                                       *Sciences, LLC, Exela Pharmsci, Inc. and Exela*
                                       *Holdings, Inc.*

        IT IS SO ORDERED this _____ day of _____, 2012.


                                       _____
                                                U.S.D.J

1080857/37238