IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. ) <br> and SCR PHARMATOP, ) <br> ) <br>       Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> PADDOCK LABORATORIES, INC.; ) <br> PERRIGO COMPANY; PADDOCK ) <br> LABORATORIES, LLC; EXELA PHARMA ) <br> SCIENCES, LLC; EXELA PHARMSCI, INC.; ) <br> and EXELA HOLDINGS, INC.; ) <br> ) <br>       Defendants. ) | C.A. No. 11-733 (LPS)(MPT) |

**PLAINTIFFS CADENCE PHARMACEUTICALS, INC.'S AND
SCR PHARMATOP'S NOTICE OF DEPOSITION OF SEAN WILLIAMS**

      PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the applicable Delaware District Court Local Rules, Plaintiffs Cadence Pharmaceuticals, Inc. and SCR Pharmatop (collectively "Plaintiffs") will take the deposition upon oral examination of Sean Williams on November 15, 2012 commencing at 9:00 a.m. The deposition will take place at Courtyard by Marriott Hickory, 1946 13th Avenue Drive, SE, Hickory, NC, 28602 before a court reporter, notary public, or other person authorized by law to administer oaths.

      The oral examination will be recorded stenographically, may be recorded by video and/or real-time computer means, and will continue from day to day excluding Sundays and holidays until the examination is completed.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Stephen P. Swinton<br>Darryl H. Steensma<br>LATHAM & WATKINS LLP<br>12636 High Bluff Drive, Suite 400<br>San Diego, CA  92130<br>(858) 523-5400<br><br>Kenneth G. Schuler<br>Marc N. Zubick<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL  60606<br>(312) 876-7700<br><br>Melissa A. Kopacz<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA  94025<br>(650) 328-4600<br><br>*Attorneys for Plaintiff Cadence Pharmaceuticals, Inc.*<br><br>Charles A. Weiss<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, NY  10019<br>(212) 513-3200<br><br>*Attorneys for Plaintiff SCR Pharmatop*<br><br>November 2, 2012 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Thomas C. Grimm*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Thomas C. Grimm (#1098)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>tgrimm@mnat.com<br>jtigan@mnat.com<br>   *Attorneys for Plaintiffs* |

6637950.1

2