IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 11-733 (LPS)(MPT) |
| PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS CADENCE PHARMACEUTICALS, INC.'S AND
SCR PHARMATOP'S NOTICE OF DEPOSITION OF PHANESH KONERU**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the applicable Delaware District Court Local Rules, Plaintiffs Cadence Pharmaceuticals, Inc. and SCR Pharmatop (collectively "Plaintiffs") will take the deposition upon oral examination of Phanesh Koneru on November 16, 2012 commencing at 9:00 a.m. The deposition will take place at Courtyard by Marriott Hickory, 1946 13th Avenue Drive, SE, Hickory, NC, 28602 before a court reporter, notary public, or other person authorized by law to administer oaths.

The oral examination will be recorded stenographically, may be recorded by video and/or real-time computer means, and will continue from day to day excluding Sundays and holidays until the examination is completed.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Thomas C. Grimm* |
| | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Thomas C. Grimm (#1098) |
| Stephen P. Swinton | Jeremy A. Tigan (#5239) |
| Darryl H. Steensma | 1201 N. Market Street |
| LATHAM & WATKINS LLP | P.O. Box 1347 |
| 12636 High Bluff Drive, Suite 400 | Wilmington, DE 19899-1347 |
| San Diego, CA 92130 | (302) 658-9200 |
| (858) 523-5400 | jblumenfeld@mnat.com |
| | tgrimm@mnat.com |
| | jtigan@mnat.com |
| | *Attorneys for Plaintiffs* |

OF COUNSEL:

Stephen P. Swinton
Darryl H. Steensma
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
(858) 523-5400

Kenneth G. Schuler
Marc N. Zubick
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7700

Melissa A. Kopacz
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

*Attorneys for Plaintiff Cadence Pharmaceuticals, Inc.*

Charles A. Weiss
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200

*Attorneys for Plaintiff SCR Pharmatop*

November 2, 2012

6637935.1

2