IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-733-LPS |
| PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC. and EXELA HOLDINGS, INC. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 6, 2012, copies of (1) *Response of Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc. and Exela Holdings, Inc.'s to Plaintiffs' Fifth Set of Interrogatories (Nos. 14-25)*; and (2) *Response of Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc. and Exela Holdings, Inc.'s to Plaintiffs' First Set of Requests for Admission (Nos. 1-16)* were caused to be served upon the following counsel of record as indicated below:

### BY E-MAIL

Jack B. Blumenfeld, Esquire
Thomas C. Grimm, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Cadence_Paddock@mnat.com*

01:11764201.1

Stephen P. Swinton, Esquire
Darryl H. Steensma, Esquire
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

Kenneth G. Schuler, Esquire
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 58000
Chicago, IL 60606

Melissa A. Kopacz, Esquire
Latham& Watkins LLP
140 Scott Drive
Menlo Park, CA 64025

*cadencepatentlit@lw.com*

*Attorneys for Plaintiffs*

PLEASE TAKE FURTHER NOTICE that on November 6, 2012, a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF and served by e-mail on the above-listed counsel and on the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON, LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
*paddockservice733@potteranderson.com*

                Jeffrey S. Ward, Esquire
                Wendy M. Ward, Esquire
                Joel F. Graham, Esquire
                Edward J. Pardon, Esquire
                MERCHANT & GOULD P.C.
                10 East Doty Street
                Suite 600
                Madison, WI  53703
                *apapteam@merchantgould.com*

                *Attorneys for Defendants Paddock Laboratories, Inc.,*
                *Paddock Laboratories, LLC and Perrigo Company*

Dated:  November 6, 2012              YOUNG CONAWAY STARGATT
                                                      & TAYLOR, LLP

                                                     /s/ *Pilar G. Kraman*
                                                     _____
                                                     Adam W. Poff (No. 3990)
                                                     Pilar G. Kraman (No. 5199)
                                                     Rodney Square
                                                     1000 North King Street
                                                     Wilmington, DE 19801
                                                     (302) 571-6600
                                                     pkraman@ycst.com

                                                     *Attorneys for Defendants Exela Pharma*
                                                     *Sciences, LLC, Exela Pharmsci, Inc., and*
                                                     *Exela Holdings, Inc.*