IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP,<br><br>Plaintiffs,<br><br>v.<br><br>PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.;<br><br>Defendants. | ) | C.A. No. 11-733 (LPS)(MPT) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Plaintiffs' Responses and Objections to Defendant Paddock Laboratories, Inc., Perrigo Company, Paddock Laboratories, LLC, Exela Pharma Sciences, LL, Exela PharmaSci, Inc., and Exela Holdings, Inc.'s Second Set of Joint Interrogatories (No. 7)* were caused to be served on November 6, 2012, upon the following in the manner indicated:

**BY E-MAIL**

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Paddock Laboratories, Inc., Paddock Laboratories, LLC and Perrigo Company*

**BY E-MAIL**

Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
*Attorneys for Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*

**BY EMAIL**

Jeffrey S. Ward
Wendy M. Ward
Joel F. Graham
Edward J. Pardon
Shane A. Brunner
MERCHANT & GOULD P.C.
10 East Doty Street, Suite 600
Madison, WI 53703
*Attorneys for Paddock Laboratories, Inc., Paddock Laboratories, LLC and Perrigo Company*

**BY E-MAIL**

Anthony H. Son
Matthew J. Dowd
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
*Attorneys for Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com
jtigan@mnat.com
*Attorneys for Plaintiffs*

OF COUNSEL:

Stephen P. Swinton
Darryl H. Steensma
LATHAM & WATKINS LLP
12636 High Bluff Drive
Suite 400
San Diego, CA 92130
(858) 523-5400

Kenneth G. Schuler
Marc N. Zubick
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
(312) 876-7700

Melissa A. Kopacz
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

*Attorneys for Plaintiff Cadence Pharmaceuticals, Inc.*

Charles A. Weiss
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200

*Attorneys for Plaintiff*
*SCR Pharmatop*

November 6, 2012