

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
**www.potteranderson.com**

**Bindu A. Palapura**
Associate
Attorney at Law
dmoore@potteranderson.com
302 984-6092  Direct Phone
302 658-1192  Fax

November 9, 2012

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801

      **Re:**    ***Cadence Pharmaceuticals, Inc., et al. v. Paddock Laboratories, Inc., et al.*,
           C.A. No. 11-733-LPS**

Dear Judge Stark:

      Enclosed is Defendants' Proposed Order Granting Defendants' Request for International
Judicial Assistance, as requested by Your Honor during today's hearing with the Court.

                     Respectfully,

                     */s/ Bindu A. Palapura*

                     Bindu A. Palapura

DEM/nmt
1082569/37238

Enclosure
c:      Clerk of the Court (Via Hand Delivery)
        Counsel of Record (Via Electronic Mail)