IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Cadence Pharmaceuticals Inc., et al.,

    Plaintiffs,

v.                                                 Civ. No. 11-733-LPS

Paddock Laboratories Inc., et al.,

    Defendants.

## ORDER

And now this 27th day of **November, 2012**, after having been advised by the Plaintiffs and Defendants of their inability to resolve a discovery matter,

IT IS HEREBY ORDERED that a teleconference is scheduled for **Thursday, January 3, 2013** at **2:30 P.M.** Counsel for the party seeking relief shall initiate the teleconference call to **302-573-4573**.

IT IS FURTHER ORDERED that not later than, **Thursday, December 20, 2012** at **3:30 p.m.**, any party seeking relief shall file with the Court a letter, not to exceed three (3) pages, outlining the issues in dispute and its position on those issues. Not later than **Friday, December 21, 2012** at **3:30 p.m.**, any party opposing the application for relief may file a letter, not to exceed three (3) pages, outlining that party's reasons for its opposition. A copy of the document(s) must be provided to the Clerk's Office within one (1) hour of e-filing the document(s). Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES DISTRICT JUDGE