# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. AND SCR PHARMATOP, )<br><br>Plaintiffs, )<br><br>v. )<br><br>PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; )<br><br>Defendants. ) | C.A. No. 11-733-LPS |

## [Proposed] ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the FEDERAL RULES OF CIVIL PROCEDURE, and pursuant to and based on the stipulation of Plaintiffs, Cadence Pharmaceuticals, Inc. and SCR Pharmatop, and Defendants Perrigo Company, Paddock Laboratories, Inc. and Paddock Laboratories, LLC (collectively "the Parties"), it is hereby ORDERED that all claims, counterclaims and defenses as between the Parties, are dismissed with prejudice. The Parties shall bear their own costs.

**SO ORDERED:**

This 30th day of November, 2012

_____
Honorable Leonard Stark
United States District Court Judge