IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-733-LPS |
| PADDOCK LABORATORIES, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert James Scheffel, Esquire and Eric H. Weisblatt, Esquire of WILEY REIN LLP, 1776 K St. NW, Washington, DC 20006 to represent Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc. in this matter. In accordance with the Court's Standing Order effective July 23, 2009, I certify that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 5, 2012

                                      YOUNG CONAWAY STARGATT
                                      & TAYLOR, LLP

                                      /s/ *Pilar G. Kraman*
                                      Adam W. Poff (No. 3990)
                                      Pilar G. Kraman (No. 5199)
                                      Rodney Square
                                      1000 North King Street
                                      Wilmington, DE 19801
                                      (302) 571-6600
                                      pkraman@ycst.com

                                      *Attorneys for Defendants Exela Pharma*
                                      *Sciences, LLC, Exela PharmSci, Inc. and*
                                      *Exela Holdings, Inc.*

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Robert James Scheffel, Esquire and Eric H. Weisblatt, Esquire is granted.

Date: _____

                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the District of Columbia, U.S. Court of Appeals for the Federal Circuit, U.S. District Court for Northern District of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 4, 2012

Robert James Scheffel
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
rscheffel@wileyrein.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the District of Columbia (admitted in 12/07/2009), the State of Virginia (admitted in 06/02/1982), the Supreme Court of the United States (admitted in 5/29/1990), the U.S. Courts of Appeals for the Fourth and Federal Circuits (admitted in 06/11/1982 and 08/31/1984), the U.S. District Court for the Eastern District of Virginia (admitted in 07/02/1984), and the U.S. District Court for the Eastern District of Wisconsin (admitted in 11/17/1993), and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 5, 2012

Eric H. Weisblatt
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
(2020 719-7000
eweisblatt@wileyrein.com

**CERTIFICATE OF SERVICE**

I, Pilar G. Kraman, hereby certify that on December 5, 2012, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Thomas C. Grimm, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>*Cadence_Paddock@mnat.com*
>
>*Attorneys for Plaintiffs*

I further certify that on December 5, 2012, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following:

>Stephen P. Swinton, Esquire
>Darryl H. Steensma, Esquire
>LATHAM & WATKINS LLP
>12636 High Bluff Drive, Suite 400
>San Diego, CA 92130
>
>Kenneth G. Schuler, Esquire
>Latham & Watkins LLP
>233 South Wacker Drive, Suite 58000
>Chicago, IL  60606
>
>Melissa A. Kopacz, Esquire
>Latham& Watkins LLP
>140 Scott Drive
>Menlo Park, CA  64025
>
>*cadencepatentlit@lw.com*
>
>*Attorneys for Plaintiffs*

01:11493980.1

| | |
|---|---|
| Dated: December 5, 2012 | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
| | |
| | /s/ *Pilar G. Kraman* |
| | Adam W. Poff (No. 3990) |
| | Pilar G. Kraman (No. 5199) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington , DE 19801 |
| | (302) 571-6600 |
| | *pkraman@ycst.com* |
| | |
| | *Attorneys for Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.* |