IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 11-733-LPS |
| PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC., and EXELA HOLDINGS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## **NOTICE OF DEPOSITION OF JAMES BREITMEYER**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings,

Inc., by and through their attorneys, will take the deposition upon oral examination of

James Breitmeyer, on Wednesday, December 19, 2012, beginning at 9:00 a.m. PT, and, if

necessary, to be continued at a time and place to be agreed upon by the parties.  The deposition

shall be conducted before a notary public or other officer authorized to administer oaths and will

take place at the offices of Latham & Watkins LLP, 12636 High Bluff Drive, Suite 400, San

Diego, California 92130.  The deposition will be recorded stenographically and videographically.

You are invited to attend and examine the witness.

Dated:  December 5, 2012

*Of Counsel:*

Anthony Son
Matthew J. Dowd
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
(202) 719-7000
(202) 719-7049
ason@wileyrein.com
mdowd@wileyrein.com

C. Edward Polk, Jr.
Satish Chintapalli
EXELA PHARMA SCIENCES, LLC
1325 William White Pl, NE
Lenoir, NC 28645
828-758-5474 – Telephone
828-757-7888 – Facsimile
epolk@exela.us
satish@exela.us

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendants Exela Pharma*
*Sciences, LLC, Exela PharmSci, Inc. and*
*Exela Holdings, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Pilar G. Kraman, hereby certify that on December 5, 2012, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jack B. Blumenfeld, Esquire
Thomas C. Grimm, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Cadence_Paddock@mnat.com*

*Attorneys for Plaintiffs*

I further certify that on December 5, 2012**,** I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following:

Stephen P. Swinton, Esquire
Darryl H. Steensma, Esquire
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
233 South Wacker Drive, Suite 58000
Chicago, IL  60606

Melissa A. Kopacz, Esquire
Latham& Watkins LLP
140 Scott Drive
Menlo Park, CA  64025

*cadencepatentlit@lw.com*

*Attorneys for Plaintiffs*

Dated: December 5, 2012        YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ *Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington , DE 19801
(302) 571-6600
*pkraman@ycst.com*

*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*