IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br> Plaintiffs, <br><br> v. <br><br> PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 11-733 (LPS)(MPT) |

[PROPOSED] ORDER APPOINTING DENIS CHEMLA AS
COMMISSIONER FOR TAKING OF EVIDENCE IN AID OF
PLAINTIFFS' REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The Court, having previously considered and granted the Plaintiffs' Request for International Judicial Assistance on November 14, 2012 (D.I. 270), HEREBY ORDERS THAT:

Denis Chemla of ALLEN & OVERY LLP, 52 Avenue Hoche, CS 90005, 75379 Paris Cedex 08, France, is duly appointed as the commissioner for the taking of evidence in aid of the aforementioned Request for International Judicial Assistance.

December 7, 2012
DATE

UNITED STATES DISTRICT JUDGE

6772333