IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC.<br>and SCR PHARMATOP, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-733 (LPS)(MPT) |
| | ) | |
| EXELA PHARMA SCIENCES, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER APPOINTING DENIS CHEMLA AS
COMMISSIONER FOR TAKING OF EVIDENCE IN AID OF
DEFENDANTS' REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

On this 7th day of December, 2012, the Court having previously considered and

granted the Defendants' Request for International Judicial Assistance, the Court further orders

that:

Denis Chemla of ALLEN & OVERY LLP, 52 Avenue Hoche, CS 90005, 75379

Paris Cedex 08, France, is duly appointed as the commissioner for the taking of evidence in aid

of the aforementioned Request for International Judicial Assistance.

_____
UNITED STATES DISTRICT JUDGE

01:12955946.1