IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-733-LPS |
| PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC. and EXELA HOLDINGS, INC. | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 17, 2012, copies of 1) *Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.'s Amended ESI Source and Search Term Disclosure;* 2) *Exela Defendants' Amended Privilege Log,* and 3) *Amended Initial Disclosures in Accordance with Federal Rule of Civil Procedure 26(a)* were caused to be served upon the following counsel of record as indicated below:

### BY E-MAIL

Jack B. Blumenfeld, Esquire
Thomas C. Grimm, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Cadence_Paddock@mnat.com*

01:11764201.1

>Stephen P. Swinton, Esquire
>Darryl H. Steensma, Esquire
>LATHAM & WATKINS LLP
>12636 High Bluff Drive, Suite 400
>San Diego, CA 92130
>
>Kenneth G. Schuler, Esquire
>LATHAM & WATKINS LLP
>233 South Wacker Drive, Suite 58000
>Chicago, IL 60606
>
>Melissa A. Kopacz, Esquire
>Latham& Watkins LLP
>140 Scott Drive
>Menlo Park, CA 64025
>
>*cadencepatentlit@lw.com*
>
>*Attorneys for Plaintiffs*

PLEASE TAKE FURTHER NOTICE that on December 18, 2012, a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF and served by e-mail on the above-listed counsel and on the following:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON, LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951
>*paddockservice733@potteranderson.com*
>
>Jeffrey S. Ward, Esquire
>Wendy M. Ward, Esquire
>Joel F. Graham, Esquire
>Edward J. Pardon, Esquire
>MERCHANT & GOULD P.C.
>10 East Doty Street
>Suite 600
>Madison, WI 53703
>*apapteam@merchantgould.com*
>
>*Attorneys for Defendants Paddock Laboratories, Inc.,*
>*Paddock Laboratories, LLC and Perrigo Company*

2

01:11764201.1

| | |
|---|---|
| Dated: December 18, 2012 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | /s/ *Pilar G. Kraman* |
| | _____ |
| | Adam W. Poff (No. 3990) |
| | Pilar G. Kraman (No. 5199) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | (302) 571-6600 |
| | pkraman@ycst.com |
| | |
| | *Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.* |