IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP,<br><br>            Plaintiffs,<br>   v.<br><br>PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.;<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 11-733 (LPS)(MPT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiff Cadence Pharmaceutical, Inc.'s First Supplemental Responses and Objections to Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc.'s Second Set of Interrogatories (Nos. 4-5)* and (2) *Plaintiff Cadence Pharmaceutical Inc.'s Third Supplemental Responses and Objections to Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc.'s Interrogatory Nos. 1 and 2* were caused to be served on December 20, 2012, upon the following in the manner indicated:

**BY E-MAIL**

Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

Eric H. Weisblatt
Robert J. Scheffel
Anthony H. Son
Matthew J. Dowd
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Jeremy A. Tigan*
                                        _____
                                        Jack B. Blumenfeld (#1014)
                                        Thomas C. Grimm (#1098)
                                        Jeremy A. Tigan (#5239)
OF COUNSEL:                          1201 N. Market Street
                                        P.O. Box 1347
Stephen P. Swinton                  Wilmington, DE 19899-1347
Darryl H. Steensma                 (302) 658-9200
LATHAM & WATKINS LLP          jblumenfeld@mnat.com
12636 High Bluff Drive, Suite 400   tgrimm@mnat.com
San Diego, CA 92130               jtigan@mnat.com
(858) 523-5400                      *Attorneys for Plaintiffs*

Kenneth G. Schuler
Marc N. Zubick
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7700

Melissa A. Kopacz
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

*Attorneys for Plaintiff Cadence*
*Pharmaceuticals, Inc.*

December 20, 2012