IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br>        Plaintiffs, <br>  v. <br><br>PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; <br><br>        Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )  C.A. No. 11-733 (LPS)(MPT) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

WHEREAS, pursuant to the Court's directive during the teleconference held on January 3, 2013, the parties have met and conferred and agreed to a revised expert discovery schedule that does not change the current deadline for the completion of expert discovery or any dates on the Court's calendar;

IT IS HEREBY STIPULATED by and between counsel for the parties, subject to the approval of the Court, that the deadlines for expert discovery set forth in the January 3, 2012 Scheduling Order (D.I. 43), as previously amended by stipulation (D.I. 118, 175, 245), shall be further amended as follows:

| **Event** | **Former Date** | **New Date** |
|---|---|---|
| Initial expert reports (¶ 3.f.i) | January 11, 2013 | January 25, 2013 |
| Supplemental or rebuttal expert reports (¶ 3.f.i) | February 15, 2013 | February 22, 2013 |
| Reply expert reports (¶ 3.f.i) | March 8, 2013 | March 15, 2013 |

All other dates in the January 3, 2012 Scheduling Order (D.I. 43), as amended, shall remain unchanged.

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Pilar G. Kraman* |
| Jack B. Blumenfeld (#1014) | Adam W. Poff (#3990) |
| Thomas C. Grimm (#1098) | Pilar G. Kraman (#5199) |
| Jeremy A. Tigan (#5239) | Rodney Square |
| 1201 N. Market Street | 1000 North King Street |
| P.O. Box 1347 | Wilmington, DE  19801 |
| Wilmington, DE  19899-1347 | (302) 571-6600 |
| (302) 658-9200 | apoff@ycst.com |
| jblumenfeld@mnat.com | pkraman@ycst.com |
| tgrimm@mnat.com | *Attorneys for Defendants Exela Pharma Sciences LLC, Exela PharmSci Inc., and Exela Holdings, Inc.* |
| jtigan@mnat.com | |
| *Attorneys for Plaintiffs Cadence Pharmaceuticals, Inc. and SCR Pharmatop* | |

January 10, 2013
6933574

SO ORDERED this ___ day of _____, 2013.

                                               UNITED STATES DISTRICT JUDGE