IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br>Plaintiffs,<br>v.<br><br>PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 11-733 (LPS)(MPT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Opening Expert Report of Kinam Park, Ph.D.;* (2) *Opening Expert Report of Yoon Yeo, Ph.D.,* (3) *Expert Report of Robert J. Orr;* and (4) *Opening Expert Report of Martin A. Schoonen, Ph.D.* were caused to be served on January 25, 2013, upon the following distribution lists in the manner indicated:

**BY E-MAIL**

exela-apap@wileyrein.com

epolk@exela.us

exela@ycst.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Stephen P. Swinton<br>Darryl H. Steensma<br>Latham & Watkins LLP<br>12636 High Bluff Drive, Suite 400<br>San Diego, CA 92130<br>(858) 523-5400<br><br>Kenneth G. Schuler<br>Marc N. Zubick<br>Latham & Watkins LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>(312) 876-7700<br><br>Melissa A. Kopacz<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600<br><br>*Attorneys for Plaintiff Cadence Pharmaceuticals, Inc.*<br><br>Charles A. Weiss<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 513-3200<br><br>*Attorneys for Plaintiff SCR Pharmatop*<br><br>January 29, 2013<br>6975059 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Thomas C. Grimm*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Thomas C. Grimm (#1098)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>tgrimm@mnat.com<br>jtigan@mnat.com<br>   *Attorneys for Plaintiffs* |