IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br>Plaintiffs, <br><br>v. <br><br>PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; <br><br>Defendants. | ) ) ) ) ) ) ) C.A. No. 11-733 (LPS) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs Cadence Pharmaceuticals, Inc.'s and SCR Pharmatop's Renewed Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Exela Pharma Sciences, LLC; Exela PharmSci, Inc.; and Exela Holdings, Inc.*; and (2) *Plaintiffs' Third Set of Requests for Production of Documents and Things to the Exela Defendants (Nos. 86-88)* were caused to be served on March 4, 2013 upon the following in the manner indicated:

**BY HAND**

Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

Courtesy copies were also provided to the following counsel in the manner indicated:

**BY E-MAIL**

Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

Eric H. Weisblatt
Robert J. Scheffel
Anthony H. Son
Matthew J. Dowd
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Jeremy A. Tigan* |
|  | Jack B. Blumenfeld (#1014) |
|  | Thomas C. Grimm (#1098) |
|  | Jeremy A. Tigan (#5239) |
| OF COUNSEL: | 1201 N. Market Street |
|  | P.O. Box 1347 |
| Stephen P. Swinton | Wilmington, DE  19899-1347 |
| Darryl H. Steensma | (302) 658-9200 |
| LATHAM & WATKINS LLP | jblumenfeld@mnat.com |
| 12636 High Bluff Drive, Suite 400 | tgrimm@mnat.com |
| San Diego, CA  92130 | jtigan@mnat.com |
| (858) 523-5400 |   *Attorneys for Plaintiffs* |

Kenneth G. Schuler
Marc N. Zubick
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL  60606
(312) 876-7700

- 3 -

Melissa A. Kopacz
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

*Attorneys for Plaintiff Cadence*
*Pharmaceuticals, Inc.*

Charles A. Weiss
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
(212) 513-3200

*Attorneys for Plaintiff*
*SCR Pharmatop*

March 4, 2013
6009481