## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC. | ) | |
| and SCR PHARMATOP, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-733-LPS |
| | ) | |
| PADDOCK LABORATORIES, INC., | ) | |
| PERRIGO COMPANY, PADDOCK | ) | |
| LABORATORIES, LLC, EXELA | ) | |
| PHARMA SCIENCES, LLC, EXELA | ) | |
| PHARMSCI, INC. and EXELA | ) | |
| HOLDINGS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on March 12, 2013, copies of 1) *Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc.'s Supplemental Responses to Plaintiffs Cadence Pharmaceuticals, Inc.'s and SCR Pharmatop's Interrogatory Nos. 1,6,10,12,13,19 and 20*; 2) *Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc.'s Objections and Responses to Plaintiffs Cadence Pharmaceuticals, Inc.'s and SCR Pharmatop's Third Set of Requests for Production of Documents and Things (Nos. 86-88)*; and 3) *Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc.'s Objections and Responses to Plaintiffs Cadence Pharmaceuticals, Inc.'s and SCR Pharmatop's Renewed Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* were caused to be served upon the following counsel of record as indicated below:

**BY E-MAIL**

Jack B. Blumenfeld, Esquire
Thomas C. Grimm, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Cadence_Paddock@mnat.com*

Stephen P. Swinton, Esquire
Darryl H. Steensma, Esquire
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
233 South Wacker Drive, Suite 58000
Chicago, IL  60606

Melissa A. Kopacz, Esquire
Latham& Watkins LLP
140 Scott Drive
Menlo Park, CA  64025

*cadencepatentlit@lw.com*

*Attorneys for Plaintiffs*

Charles A. Weiss, Esquire
Holland & Knight LLP
31 West 52nd Street
New York, NY  10019
*charles.weiss@hklaw.com*

*Attorney for Plaintiff SCR Pharmatop*

PLEASE TAKE FURTHER NOTICE that on March 13, 2013, a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF and served by e-mail on the above-listed counsel.

01:11605949.1

Dated:  March 13, 2013

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Pilar G. Kraman*
_____
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendants Exela Pharma*
*Sciences, LLC, Exela PharmSci, Inc., and*
*Exela Holdings, Inc.*

01:11605949.1