IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br> Plaintiffs, <br><br> v. <br><br> PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 11-733 (LPS) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Plaintiffs' First Supplemental Responses and Objections to Defendants Exela Pharma Sciences, LLC; Exela PharmSci, Inc. and Exela Holdings Inc.'s Third Set of Interrogatories (Nos. 6-12)* were caused to be served on March 13, 2013, upon the following in the manner indicated:

**BY E-MAIL**
Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

Eric H. Weisblatt
Robert J. Scheffel
Anthony H. Son
Matthew J. Dowd
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

- 2 -

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com
jtigan@mnat.com
   *Attorneys for Plaintiffs*

OF COUNSEL:

Stephen P. Swinton
Darryl H. Steensma
Latham & Watkins LLP
12636 High Bluff Drive, Suite 400
San Diego, CA  92130
(858) 523-5400

Kenneth G. Schuler
Marc N. Zubick
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL  60606
(312) 876-7700

Melissa A. Kopacz
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

*Attorneys for Plaintiff Cadence Pharmaceuticals, Inc.*

Charles A. Weiss
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
(212) 513-3200

*Attorneys for Plaintiff SCR Pharmatop*

March 13, 2013
5816823