IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. ) <br> and SCR PHARMATOP, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> PADDOCK LABORATORIES, INC.; ) <br> PERRIGO COMPANY; PADDOCK ) <br> LABORATORIES, LLC; EXELA PHARMA ) <br> SCIENCES, LLC; EXELA PHARMSCI, INC.; ) <br> and EXELA HOLDINGS, INC.; ) <br> ) <br> Defendants. ) | C.A. No. 11-733 (LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Reply Expert Report of Yoon Yeo, Pd.D.* were caused to be served on March 15, 2013, upon the following in the manner indicated:

**BY E-MAIL**

Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
   *Attorneys for Exela Pharma Sciences, LLC,*
   *Exela PharmSci, Inc. and Exela Holdings, Inc.*

Eric H. Weisblatt
Robert J. Scheffel
Anthony H. Son
Matthew J. Dowd
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
   *Attorneys for Exela Pharma Sciences, LLC,*
   *Exela PharmSci, Inc. and Exela Holdings, Inc.*

|  |  |
|---|---|
| OF COUNSEL:<br><br>Stephen P. Swinton<br>Darryl H. Steensma<br>Latham & Watkins LLP<br>12636 High Bluff Drive, Suite 400<br>San Diego, CA 92130<br>(858) 523-5400<br><br>Kenneth G. Schuler<br>Marc N. Zubick<br>Latham & Watkins LLP<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>(312) 876-7700<br><br>Melissa A. Kopacz<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600<br><br>*Attorneys for Plaintiff Cadence Pharmaceuticals, Inc.*<br><br>Charles A. Weiss<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 513-3200<br><br>*Attorneys for Plaintiff SCR Pharmatop*<br><br>March 18, 2013<br>7057245 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (#1014)<br>Thomas C. Grimm (#1098)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>tgrimm@mnat.com<br>jtigan@mnat.com<br>  *Attorneys for Plaintiffs* |