IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-733-LPS |
| PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC. and EXELA HOLDINGS, INC. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Lucy M. Stark, Esquire of WILEY REIN LLP, 1776 K St. NW, Washington, DC 20006 to represent Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc. in this matter. In accordance with the Court's Standing Order effective July 23, 2009, I certify that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's office upon the filing of this motion.

01:13462505.1

Dated: March 21, 2013

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Lucy M. Stark, Esquire is granted.

Date:_____    _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 21, 2013

*Lucy M. Stark*

Lucy M. Stark
Wiley Rein LLP
1776 K St, NW
Washington, DC  20006
(202) 719-7169
lstark@wileyrein.com

## **CERTIFICATE OF SERVICE**

I, Pilar G. Kraman, hereby certify that on March 21, 2013, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Thomas C. Grimm, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>*Cadence_Paddock@mnat.com*
>
>*Attorneys for Plaintiffs*

I further certify that on March 21, 2013, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following:

>Stephen P. Swinton, Esquire
>Darryl H. Steensma, Esquire
>LATHAM & WATKINS LLP
>12636 High Bluff Drive, Suite 400
>San Diego, CA 92130
>
>Kenneth G. Schuler, Esquire
>Latham & Watkins LLP
>233 South Wacker Drive, Suite 58000
>Chicago, IL 60606
>
>Melissa A. Kopacz, Esquire
>Latham& Watkins LLP
>140 Scott Drive
>Menlo Park, CA 64025
>
>*cadencepatentlit@lw.com*
>
>*Attorneys for Plaintiffs*

Charles A. Weiss, Esquire
Holland & Knight LLP
31 West 52nd Street
New York, NY  10019
*charles.weiss@hklaw.com*

*Attorney for Plaintiff SCR Pharmatop*

Dated: March 21, 2013                    YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ *Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington , DE 19801
(302) 571-6600
*pkraman@ycst.com*

*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*