IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br> Plaintiffs, <br><br> v. <br><br> PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC., and EXELA HOLDINGS, INC., <br><br> Defendants. | Civil Action No. 11-733-LPS |

## NOTICE OF DEPOSITION OF YOON YEO, PH.D.

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc., by and through their attorneys, will take the deposition upon oral examination of Yoon Yeo, Ph.D., on Saturday, March 30, 2013, beginning at 8:00 a.m. PDT, and, if necessary, to be continued at a time and place to be agreed upon by the parties. The deposition shall be conducted before a notary public or other officer authorized to administer oaths and will take place at the offices of Latham & Watkins LLP, 12636 High Bluff Drive, Suite 400, San Diego, California 92130. The deposition will be recorded stenographically and videographically.

You are invited to attend and examine the witness.

- 2 -

| | |
|---|---|
| Dated: March 27, 2013 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel:* | /s/ *Pilar G. Kraman* |
| | Adam W. Poff (No. 3990) |
| Anthony Son | Pilar G. Kraman (No. 5199) |
| Matthew J. Dowd | Rodney Square |
| Lucy M. Stark | 1000 North King Street |
| WILEY REIN LLP | Wilmington, DE 19801 |
| 1776 K Street, NW | (302) 571-6600 |
| Washington, D.C. 20006 | apoff@ycst.com |
| (202) 719-7000 | pkraman@ycst.com |
| (202) 719-7049 | |
| ason@wileyrein.com | *Attorneys for Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.* |
| C. Edward Polk, Jr. | |
| Satish Chintapalli | |
| EXELA PHARMA SCIENCES, LLC | |
| 1325 William White Pl, NE | |
| Lenoir, NC 28645 | |
| 828-758-5474 – Telephone | |
| 828-757-7888 – Facsimile | |
| epolk@exela.us | |
| satish@exela.us | |

## **CERTIFICATE OF SERVICE**

I, Pilar G. Kraman, hereby certify that on March 27, 2013, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Thomas C. Grimm, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>*Cadence_Paddock@mnat.com*
>
>*Attorneys for Plaintiffs*

I further certify that on March 27, 2013**,** I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following:

>Stephen P. Swinton, Esquire
>Darryl H. Steensma, Esquire
>LATHAM & WATKINS LLP
>12636 High Bluff Drive, Suite 400
>San Diego, CA 92130
>
>Kenneth G. Schuler, Esquire
>Latham & Watkins LLP
>233 South Wacker Drive, Suite 58000
>Chicago, IL 60606
>
>Melissa A. Kopacz, Esquire
>Latham& Watkins LLP
>140 Scott Drive
>Menlo Park, CA 64025
>
>*cadencepatentlit@lw.com*
>
>*Attorneys for Plaintiffs*

01:11493980.1

Charles A. Weiss, Esquire
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
*charles.weiss@hklaw.com*

*Attorney for Plaintiff SCR Pharmatop*

Dated: March 27, 2013

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ *Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*pkraman@ycst.com*

*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*