IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br> Plaintiffs, <br><br> v. <br><br> PADDOCK LABORATORIES, INC.; PERRIGO COMPANY; PADDOCK LABORATORIES, LLC; EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 11-733 (LPS) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs Cadence Pharmaceuticals, Inc.'s and SCR Pharmatop's Renewed Notice of Deposition Pursuant to Fed. R. Civ. P. (30(b)(6) to Exela Pharma Sciences, LLC; Exela Pharmsci, Inc.; and Exela Holdings, Inc.* were caused to be served on March 29, 2013, upon the following in the manner indicated:

**BY E-MAIL**

Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801

Eric H. Weisblatt
Robert J. Scheffel
Anthony H. Son
Matthew J. Dowd
Lucy M. Stark
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006

*Attorneys for Exela Pharma Sciences, LLC, Exela PharmSci, Inc. and Exela Holdings, Inc.*

OF COUNSEL:

Stephen P. Swinton
Darryl H. Steensma
Latham & Watkins LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130
(858) 523-5400

Kenneth G. Schuler
Marc N. Zubick
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7700

Melissa A. Kopacz
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

*Attorneys for Plaintiff Cadence Pharmaceuticals, Inc.*

Charles A. Weiss
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200

*Attorneys for Plaintiff SCR Pharmatop*

March 29, 2013
5816823

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com
jtigan@mnat.com
   *Attorneys for Plaintiffs*