IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC. and EXELA HOLDINGS, INC.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 11-733-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 3, 2013, copies of *Exela's Objections and Responses to Plaintiffs' Notice of Deposition of Dr. Anthony Palmieri III, Ph.D. and Subpoena for Production of Documents* were caused to be served upon the following counsel of record as indicated below:

### BY E-MAIL

　　Jack B. Blumenfeld, Esquire
　　Thomas C. Grimm, Esquire
　　MORRIS NICHOLS ARSHT & TUNNELL LLP
　　1201 North Market Street
　　P.O. Box 1347
　　Wilmington, DE 19899
　　*Cadence_Paddock@mnat.com*

　　Stephen P. Swinton, Esquire
　　Darryl H. Steensma, Esquire
　　LATHAM & WATKINS LLP
　　12636 High Bluff Drive, Suite 400
　　San Diego, CA 92130

01:11605949.1

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
233 South Wacker Drive, Suite 58000
Chicago, IL  60606

Melissa A. Kopacz, Esquire
Latham& Watkins LLP
140 Scott Drive
Menlo Park, CA  64025

*cadencepatentlit@lw.com*

*Attorneys for Plaintiffs*

Charles A. Weiss, Esquire
Holland & Knight LLP
31 West 52nd Street
New York, NY  10019
*charles.weiss@hklaw.com*

*Attorney for Plaintiff SCR Pharmatop*

PLEASE TAKE FURTHER NOTICE that on April 3, 2013, a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF and served by e-mail on the above-listed counsel.

|  |  |
|---|---|
| Dated: April 3, 2013 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

/s/ *Adam W. Poff*

_____
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc.*

01:11605949.1