IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br> Plaintiffs, <br><br> v. <br><br> EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 11-733 (LPS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Plaintiffs' Responses and Objections to Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.'s Notice of Deposition of Martin A. Schoonen, Ph.D. and Subpoena for Production of Documents;* (2) *Plaintiffs' Responses and Objections to Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.'s Notice of Deposition of Kinam Park, Ph.D. and Subpoena for Production of Documents;* and (3) *Plaintiffs' Responses and Objections to Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.'s Notice of Deposition of Robert J. Orr, Ph.D. and Subpoena for Production of Documents* were caused to be served on April 10, 2013, upon the following in the manner indicated:

**BY E-MAIL**

Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

Eric H. Weisblatt
Robert J. Scheffel
Anthony H. Son
Matthew J. Dowd
Lucy M. Stark
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
  *Attorneys for Exela Pharma Sciences, LLC,*
  *Exela PharmSci, Inc. and Exela Holdings, Inc.*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
|  | Jack B. Blumenfeld (#1014) |
|  | Thomas C. Grimm (#1098) |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
|  | 1201 N. Market Street |
| Stephen P. Swinton | P.O. Box 1347 |
| Darryl H. Steensma | Wilmington, DE 19899-1347 |
| LATHAM & WATKINS LLP | (302) 658-9200 |
| 12636 High Bluff Drive, Suite 400 | jblumenfeld@mnat.com |
| San Diego, CA 92130 | tgrimm@mnat.com |
| (858) 523-5400 | jtigan@mnat.com |
|  |   *Attorneys for Plaintiffs* |

Kenneth G. Schuler
Marc N. Zubick
LATHAM & WATKINS LLP P
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7700

Melissa A. Kopacz
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

*Attorneys for Plaintiff Cadence Pharmaceuticals, Inc.*

Charles A. Weiss
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
(212) 513-3200

*Attorneys for Plaintiff SCR Pharmatop*

April 10, 2013
5816823