IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, <br><br> Plaintiffs, <br><br> v. <br><br> PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC. and EXELA HOLDINGS, INC. <br><br> Defendants. | C.A. No. 11-733-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 19, 2013, copies of Exela's Notice Pursuant to 35 U.S.C. § 282 were caused to be served upon the following counsel of record as indicated below:

**BY E-MAIL**

Jack B. Blumenfeld, Esquire
Thomas C. Grimm, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Cadence_Paddock@mnat.com*

Stephen P. Swinton, Esquire
Darryl H. Steensma, Esquire
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

Kenneth G. Schuler, Esquire
Latham & Watkins LLP
233 South Wacker Drive, Suite 58000
Chicago, IL  60606

01:11605949.1

Melissa A. Kopacz, Esquire
Latham& Watkins LLP
140 Scott Drive
Menlo Park, CA  64025

*cadencepatentlit@lw.com*

*Attorneys for Plaintiffs*

Charles A. Weiss, Esquire
Holland & Knight LLP
31 West 52nd Street
New York, NY  10019
*charles.weiss@hklaw.com*

*Attorney for Plaintiff SCR Pharmatop*

PLEASE TAKE FURTHER NOTICE that on April 19, 2013, a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF and served by e-mail on the above-listed counsel.

| | |
|---|---|
| Dated:  April 19, 2013 | YOUNG CONAWAY STARGATT  & TAYLOR, LLP |
| | /s/ *Pilar G. Kraman* |
| | _____ |
| | Adam W. Poff (No. 3990) |
| | Pilar G. Kraman (No. 5199) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | (302) 571-6600 |
| | apoff@ycst.com |
| | pkraman@ycst.com |
| | |
| | *Attorneys for Defendants Exela Pharma Sciences, LLC, Exela PharmSci, Inc., and Exela Holdings, Inc.* |