IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 11-733 (LPS) ) |
| EXELA PHARMA SCIENCES, LLC; EXELA PHARMSCI, INC.; and EXELA HOLDINGS, INC.; | ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Emily C. Melvin of LATHAM & WATKINS LLP to represent Plaintiff Cadence Pharmaceuticals, Inc. in this matter.

In accordance with the Standing Order for District Court Fund effective July 23, 2009, movant states that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
_____
Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
Jeremy A. Tigan (#5239)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com
jtigan@mnat.com

May 1, 2013

*Attorneys for Cadence Pharmaceuticals, Inc.*

- 2 -

SO ORDERED this ___ day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Emily C. Melvin, certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: April 30, 2013

Emily C. Melvin
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
(312) 876-7645

7164686

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2013, copies of the foregoing were caused to be served upon the following in the manner indicated:

**BY E-MAIL**

Adam W. Poff
Pilar G. Kraman
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
*Attorneys for Exela Pharma Sciences, LLC,*
*Exela PharmSci, Inc. and Exela Holdings, Inc.*

Eric H. Weisblatt
Robert J. Scheffel
Anthony H. Son
Matthew J. Dowd
Lucy M. Stark
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
*Attorneys for Exela Pharma Sciences, LLC,*
*Exela PharmSci, Inc. and Exela Holdings, Inc.*

Charles A. Weiss
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
*Attorneys for SCR Pharmatop*

                         */s/ Jeremy A. Tigan*
                         Jeremy A. Tigan (#5239)