IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CADENCE PHARMACEUTICALS, INC. and SCR PHARMATOP, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-733-LPS |
| PADDOCK LABORATORIES, INC., PERRIGO COMPANY, PADDOCK LABORATORIES, LLC, EXELA PHARMA SCIENCES, LLC, EXELA PHARMSCI, INC. and EXELA HOLDINGS, INC. | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 8, 2013, copies of 1) *Expert Report of Harry C. Boghigian* and 2) *Rebuttal Expert Report of Timothy R. Deer, M.D.* were caused to be served upon the following counsel of record as indicated below:

### BY E-MAIL

Jack B. Blumenfeld, Esquire
Thomas C. Grimm, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Cadence_Paddock@mnat.com*

Stephen P. Swinton, Esquire
Darryl H. Steensma, Esquire
LATHAM & WATKINS LLP
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

01:13598911.1

Kenneth G. Schuler, Esquire
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 58000
Chicago, IL 60606

Melissa A. Kopacz, Esquire
Latham& Watkins LLP
140 Scott Drive
Menlo Park, CA 64025

*cadencepatentlit@lw.com*

*Attorneys for Plaintiffs*

Charles A. Weiss, Esquire
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
*charles.weiss@hklaw.com*

*Attorney for Plaintiff SCR Pharmatop*

PLEASE TAKE FURTHER NOTICE that on May 9, 2013, a true and correct copy of this Notice of Service was caused to be electronically filed with the Clerk of the Court using CM/ECF and served by e-mail on the above-listed counsel.

Dated: May 9, 2013

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Pilar G. Kraman*

---

Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com

*Attorneys for Defendants Exela Pharma Sciences, LLC, Exela Pharmsci, Inc., and Exela Holdings, Inc.*

2

01:13598911.1